IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID LENT | § | |
| | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 5:17-CV-000454-DAE |
| | § | |
| STATE AUTO PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY | § | |
| | § | |
|     Defendant | § | |
| | § | |

## NOTICE OF FILING RULE 29 STIPULATED AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff State Automobile Mutual Insurance Company and files this Notice of Filing Rule 29 Stipulated Agreement regarding the agreement between counsel extending the deadline to respond to the parties asserting claims for relief offer of settlement in the above-referenced case. The subject Rule 29 Agreement, pursuant to Rule 29 of the Federal Rules of Civil Procedure is attached hereto and incorporated herein for all purposes as Exhibit "A".

                                                           Respectfully submitted,

                                              /s/ Charles B. Mitchell, Jr.
                                              CHARLES B. MITCHELL, JR.
                                              State Bar No. 14207000
                                              Federal ID No.: 16627
                                              NAMAN HOWELL SMITH & LEE, PLLC
                                              405 Fort Worth Club Building
                                              306 West 7th Street
                                              Fort Worth, Texas 76102-4911
                                              Telephone: (817) 509-2040
                                              Facsimile: (817) 509-2060

Email: Charles.mitchell@namanhowell.com
**ATTORNEY FOR DEFENDANT STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I certify that on this the 28th day of December, 2017, a true and correct copy of the foregoing has been served upon all counsel of record in this action, in accordance with the Federal Rules of Civil Procedure by ECF Filing, requested properly addressed to:

*Via E-File & Serve*
James M. McClenny
J. Zachary Mosely
Derek L. Fadner
McClenny Mosely & Associates, PLLC
411 North Sam Houston Pkwy E.
Suite 200,
Houston, Texas 77060
james@mma-pllc.com
zach@mma-pllc.com
derek@mma-pllc.com

/s/ Charles B. Mitchell, Jr. _____
**CHARLES B. MITCHELL, JR**

# EXHIBIT A



Charles B. Mitchell, Jr.
Direct Dial: (817) 509-2040
charles.mitchell@namanhowell.com
Licensed in Texas and Arkansas

Fort Worth Club Bldg.
306 West 7th Street
Suite 405
Fort Worth, Texas 76102
(817) 509-2025
Fax (817) 509-2060

Offices in:
· Austin
· Fort Worth
· San Antonio
· Waco

www.namanhowell.com

December 28, 2017

*Via Email:* derek@mma-pllc.com
Derek L. Fadner
McClenny, Moseley & Associates, PLLC
411 N. Sam Houston Parkway East, Suite 200
Houston, Texas 77060

Re:   Civil Action No. 5:17-cv-454; David Lent v. State Auto Property and Casualty Insurance Company; In the United States District Court for the Western District of Texas, San Antonio Division

Dear Mr. Fadner:

Pursuant to the Federal Rules of Civil Procedure 29(b), please allow this letter to serve as a Rule 29(b) Agreement between the parties in the above-referenced case as follows:

The deadline to respond to the parties asserting claims for relief offer of settlement is extended to Monday January 8, 2018.

If you are in agreement with the foregoing, please sign this Rule 29(b) Agreement and return it to me at your earliest convenience. Thank you for your cooperation in this matter.

Sincerely yours,

Charles B. Mitchell, Jr.

CBM/MEZ

**AGREED:**

_____          12/28/17
Derek L. Fadner                                            Date

Doc# 64V2622

December 28, 2017
Page 2

cc: *Via E-mail*
    James M. McClenny
    J. Zachary Moseley
    McClenny, Moseley & Associates, PLLC
    411 North Sam Houston Parkway East, Suite 200
    Houston, Texas 77060

cc: *Via E-mail*
    Megan Zeller (w/firm)

Doc# 64V2622