# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **DAVID LENT** § | |
| § | |
| *Plaintiff* § | |
| § | |
| vs. § | **CIVIL ACTION NO. 5:17-CV-000454-DAE** |
| § | |
| **STATE AUTO PROPERTY AND** § | |
| **CASUALTY INSURANCE COMPANY** § | |
| § | |
| *Defendant* § | |
| § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Lent and Defendant State Auto Property & Casualty Insurance Company, jointly stipulate to dismiss this case with prejudice. In support of the Joint Stipulation of Dismissal, the parties show that they have resolved all claims now existing between them, and seek to dismiss all claims which were, or could have been made in this action, with prejudice.

WHEREFORE, Plaintiff and Defendants stipulate that this case be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Jointly stipulated on this 28th day of February, 2018.

Respectfully submitted,

By: /s/ *DEREK L. FADNER*
McClenny Moseley & Associates, PLLC
James M. McClenny
Texas State Bar No. 24091857
J. Zachary Mosely
Texas State Bar No. 24092863
Derek L. Fadner
Texas State Bar No. 24100081

411 North Sam Houston Pkwy E., Suite 200
Houston, Texas 77060
Principal Office: 713-334-6121
Facsimile: 713-322-5953
james@mma-pllc.com
zach@mma-pllc.com
derek@mma-pllc.com

**ATTORNEYS FOR PLAINTIFF
DAVID LENT**

-And-

By: /s/   *CHARLES B. MITCHELL, JR.*
Charles B. Mitchell, Jr., Attorney-in-Charge
Federal ID No. 16627
Texas State Bar No. 14207000
Megan Zeller
Texas State Bar No. 24082187
NAMAN, HOWELL, SMITH & LEE, PLLC
405 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102
Telephone: 817.509.2040
Facsimile: 817.509.2060
Email: charles.mitchell@namanhowell.com
Email: mzeller@namanhowell.com

**ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2018, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system, electronic means, and/or facsimile in accordance with the Federal Rules of Civil Procedure.

McClenny Moseley & Associates, PLLC
James M. McClenny
J. Zachary Mosely
Derek L. Fadner
411 North Sam Houston Pkwy E., Suite 200
Houston, Texas 77060
james@mma-pllc.com
zach@mma-pllc.com
derek@mma-pllc.com

                                                     /s/ Charles B. Mitchell, Jr.
                                                     Charles B. Mitchell, Jr.